UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 11-253
Plaintiff, )
)
v. )
) DETENTION ORDER
DILLON RYAN PINSON, )
)
Defendant. )
_____ )

<u>Offense charged</u>:    Distribution of Material Constituting or Containing Child Pornography; Possession of Child Pornography

<u>Date of Detention Hearing</u>:    June 14, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with distributing and attempting to distribute images of child pornography. The AUSA proffers that at least 74 video files, well over 5000 images, of child pornography involving very young children were allegedly found on defendant's computer. Further, the AUSA proffers that the defendant's computer was allegedly active and running searches for images of child pornography at the time of his arrest.

2. Defendant's past criminal record includes failures to register as a sex offender following his conviction as a juvenile for rape of a child.

3. Defendant poses a risk of nonappearance due to a substance abuse history and a history of failure to register as a sex offender. He poses a risk of danger due to criminal history, lack of compliance with a previous term of court ordered supervision, and the nature and circumstances of the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of June, 2011.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge